| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Anderson, George R. | 2. Court or Organization<br><br>U. S. District Court, SC | 3. Date of Report<br><br>5/9/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Post Office Box 2147<br>Anderson, SC 29622 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus: Board of Regents | Anderson University |
| 2. | Emeritus Member: Board of Visitors & Directors | Anderson University |
| 3. | Honorary Member: Board of Directors | Anderson Area YMCA |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Association for Justice | 12/5/2013 - 12/7/2013 | Atlanta, GA | Educational Legal Seminar | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/9/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PROPERTY #1, ANDERSON, SC | | None | M | W | | | | | |
| 2. COMMUNITY FIRST BANCORPORATION COMMON STOCK | | None | K | T | | | | | |
| 3. THE TORONTO- DOMINION BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. PARK STERLING BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. PROPERTY #2, AND INCOME | | None | J | W | | | | | |
| 6. SCBT FINANCIAL CORPORATION BANK ACCOUNTS | A | Interest | | | Merged (with line 9) | 07/26/13 | | | Nos. 1-VII |
| 7. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. SCBT FINANCIAL CORPORATION COMMON STOCK | | | | | Merged (with line 9) | 07/26/13 | | | |
| 9. FIRST FINANCIAL HOLDINGS, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. REGIONS FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. MS IRA #1 (formerly MSSB) | A | Dividend | K | T | | | | | |
| 12. - MS FOCUS GROWTH FUND A MUTUAL FUND (formerly MSSB) | | | | | | | | | |
| 13. - INVESCO DIVERSIFIED DIVIDEND A MUTUAL FUND | | | | | | | | | |
| 14. MS IRA #2 (formerly MSSB) | A | Dividend | J | T | | | | | |
| 15. - MS FOCUS GROWTH FUND A MUTUAL FUND (formerly MSSB) | | | | | | | | | |
| 16. - INVESCO DIVERSIFIED DIVIDEND A MUTUAL FUND | | | | | | | | | |
| 17. MANDATORY IRA DISTRIBUTION MS IRA #1 (formerly MSSB) | H | Distribution | | | Distributed | 12/16/13 | F | | Nos. 2-VII |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George B. | 5/8/20.. |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent., or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MANDATORY IRA DISTRIBUTION: MS IRA #2 (formerly MSSB) | A | Distribution | | | Distributed | 12/13/13 | J | | Note 3, VIII |
| 19. LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | Redeemed (part) | 04/01/13 | J | A | |
| 20. INTERCH VAN KAMPEN COMSTOCK MUTUAL FUND | B | Dividend | M | | | | | | |
| 21. GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.00%) | A | Interest | | | | | | | |
| 22. SC STATE PUB SERV. AUTH (SANTEE COOPER BOND (4.75%) | B | Interest | | | redeemed (part) | 12/01/13 | J | | |
| 23. | | | | | Redeemed | 09/09/13 | J | | |
| 24. SC STATE PUB SERV. AUTH (SANTEE COOPER BOND (4.75%) | | Interest | | | Redeemed | 09/09/13 | | | |
| 25. BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | A | Interest | | | Redeemed | 02/01/13 | K | | |
| 26. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | | | Redeemed | 06/03/13 | K | | |
| 27. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 28. MEDICAL UNIVERSITY SC HOSPITAL BOND (5.00%) | C | Interest | L | T | | | | | |
| 29. EASLEY SC UTILITY REV. BOND (4.00%) | C | Interest | L | T | | | | | |
| 30. UNIVERSITY OF SC BOND (4.25%) | C | Interest | L | T | | | | | |
| 31. GREENVILLE SC BOND (4.25%) | C | Interest | | | | | | | |
| 32. COLUMBIA SC WATER & SEWER BOND (5.00%) | B | Interest | K | T | | | | | |
| 33. YORK CO. SC UTIL. BOND | D | Interest | M | T | | | | | |
| 34. DORCHESTER CO. COURTHOUSE BOND (4.60%) | D | Interest | M | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
2. (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
3. Value Codes: J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see PP. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 2 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. SC PUB SVC AUTH SANTEE COOPER BOND (4.50%) | B | Interest | L | T | | | | | |
| 36. SC PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | | | Redeemed | 09/09/13 | L | | |
| 37. SCAGO EDU. COLLETON SCHOOL BOND (4.375%) | C | Interest | L | T | | | | | |
| 38. SCAGO EDU. COLLETON SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 39. HORRY CO. SC SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 40. TOUCHMARK BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 41. LEXINGTON SC SCHOOL DISTRICT #2 BOND (4.75%) | D | Interest | M | T | | | | | |
| 42. SPARTANBURG SC REGIONAL HEALTH BOND (4.50%) | C | Interest | L | T | | | | | |
| 43. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | C | Interest | L | T | | | | | |
| 44. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | D | Interest | M | T | | | | | |
| 45. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | C | Interest | | | Redeemed | 10/01/13 | L | C | |
| 46. SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) | D | Interest | M | T | | | | | |
| 47. SC JOBS ECONOMIC DEV. AUTH BOND (5.00%) | E | Interest | | T | | | | | |
| 48. COLLEGE OF CHARLESTON EDU. FAC. BOND (4.50%) | E | Interest | N | T | | | | | |
| 49. MORGAN STANLEY BANK MONEY MARKET ACCOUNT #1 | A | Interest | J | T | | | | | |
| 50. BERKELEY CO. SC SCHOOL DISTRICT BOND (4.75%) | D | Interest | M | T | | | | | |
| 51. SCAGO EDUCATION FACILITY SCHOOL BOND (5.00%) | B | Interest | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,000 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000  N =$250,001 - $500,000  O =$500,001 - $1,000,000
(See Columns C1 and D3)  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS

| # | Description | | | | | Date | | | |
|---|-------------|---|---|---|---|------|---|---|---|
| | ANDERSON SC WATER & SEWER BOND 5% | C | Interest | C | T | | | | |
| | | | | | | | | | |
| | SANTEE COOPER BOND 5% | B | Interest | | T | | | | |
| | MYRTLE BEACH SC HOSPITAL BOND | C | Interest | | T | | | | |
| | SC AGED EDUCATIONAL SALES SCHOOL BOND 4.5% | D | Interest | | T | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | SUMTER SC WATER SEWER BOND 4.50% | B | Interest | | T | | | | |
| | LEXINGTON SC HOSPITAL BOND | B | Interest | | T | | | | |
| | HORRY CO SCHOOL BOND 4.50% | | Interest | | T | | | | |
| | | | Interest | N | | | | | |
| 64 | SPARTANBURG CO. SC HOSPITAL BOND 5.00% | E | Interest | N | T | | | | |
| 65 | CHARLESTON SC STORMWATER BOND 4.50% | D | Interest | M | T | | | | |
| 66 | MORGAN STANLEY BANK MONEY MARKET ACCOUNT #2 | A | Interest | | | | | | |
| 67. | BLACKROCK EQUITY DIVIDEND MUTUAL FUND | B | Dividend | | | Buy (add'l) | 01/15/13 | L | |
| 68 | | | | | | Buy (add'l) | 02/25/13 | J | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/9/2014 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) | Amount Type (e.g. div., rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, redemption) | Date mm/dd/yy | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|
| 69. | | | | Sold (part) | 03/12/13 | K | | |
| 70. | | | | Sold | 11/15/13 | M | | |
| 71. EAGLE SMALL CAP GROWTH A MUTUAL FUND | A | Dividend | K | T | Buy (add'l) | 01/15/13 | J | |
| 72. | | | | Buy (add'l) | 02/25/13 | J | | |
| 73. | | | | Buy (add'l) | 03/12/13 | K | | |
| 74. | | | | Buy (add'l) | 11/15/13 | K | | |
| 75. FEDERATED ULTRA SHORT BD IS MUTUAL FUND | A | Dividend | | | Buy (add'l) | 01/15/13 | J | |
| 76. | | | | Buy (add'l) | 02/25/13 | J | | |
| | | | | Sold | 03/12/13 | K | | |
| 78. IVY HIGH INCOME I MUTUAL FUND | A | Dividend | K | T | Buy (add'l) | 01/15/13 | J | |
| 79. | | | | Buy (add'l) | 02/25/13 | J | | |
| 80. | | | | Sold (part) | 03/12/13 | K | A | |
| 81. | | | | Buy (add'l) | 11/15/13 | J | | |
| 82. IVY MID CAP GROWTH I MUTUAL FUND | A | Dividend | L | T | Buy (add'l) | 01/15/13 | K | |
| 83. | | | | Buy (add'l) | 02/25/13 | J | | |
| 84. | | | | Sold (part) | 03/12/13 | | B | |
| 85. | | | | Buy (add'l) | 11/15/13 | J | | |

1. (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Andersen, George R. | 8/8/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JP MORGAN LARGE CAP GROWTH A MUTUAL FUND | | None | N | T | Buy (add'l) | 01/15/13 | M | | |
| 87. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 88. | | | | | Sold (part) | 03/12/13 | | | |
| 89. | | | | | Buy (add'l) | 11/15/13 | L | | |
| 90. JP MORGAN MID CAP VALUE S MUTUAL FUND | B | Dividend | L | T | Buy (add'l) | 01/15/13 | J | | |
| 91. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 92. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 93. | | | | | Buy (add'l) | 11/15/13 | L | | |
| 94. METROPOLITAN WEST TOT RET BD I MUTUAL FUND | B | Dividend | L | T | Buy (add'l) | 01/15/13 | L | | |
| 95. | | | | | Sold (part) | 03/12/13 | L | A | |
| 96. | | | | | Buy (add'l) | 11/15/13 | K | | |
| 97. NUVEEN INFLATION PROTECTED I MUTUAL FUND | A | Dividend | | | Buy (add'l) | 01/15/13 | J | | |
| 98. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 99. | | | | | Sold | 03/12/13 | K | | |
| 100. OPPENHEIMER INTERNATIONAL DIV MUTUAL FUND | B | Dividend | N | F | Buy (add'l) | 01/15/13 | K | | |
| 101. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 102. | | | | | Buy (add'l) | 03/12/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/9/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/15/13 | M | | |
| 104. ROYCE SPECIAL EQUITY INV MUTUAL FUND | | None | | | Buy (add'l) | 01/15/13 | J | | |
| 105. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 106. | | | | | Sold | 11/15/13 | K | | |
| 107. TCW EMERG MKTS INCOME I MUTUAL FUND | A | Dividend | | | Buy (add'l) | 01/15/13 | K | | |
| 108. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 109. | | | | | Sold (part) | 03/12/13 | K | | |
| 110. | | | | | Sold | 11/15/13 | K | | |
| 111. TEMPLETON GLOBAL BD FD ADV MUTUAL FUND | A | Dividend | K | T | Buy (add'l) | 01/15/13 | J | | |
| 112. | | | | | Sold (part) | 03/12/13 | K | A | |
| 113. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 114. VIRTUS INSIGHT EMERG MKTS I MUTUAL FUND | A | Dividend | L | T | Buy (add'l) | 01/15/13 | K | | |
| 115. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 116. | | | | | Sold (part) | 03/12/13 | K | A | |
| 117. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 118. DELAWARE VALUE MUTUAL FUND | A | Dividend | M | T | Buy | 11/15/13 | M | | |
| 119. INVESCO SMALL CAP VALUE Y MUTUAL FUND | C | Dividend | K | T | Buy | 11/15/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/9/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PIMCO LOW DURATION P MUTUAL FUND | B | Dividend | M | T | Buy | 03/12/13 | M | | |
| 121. | | | | | Buy (add'l) | 11/15/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/9/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1, Line 6, Part VII. SCBT was bought by First Financial Holdings on 7/26/2013, but will retain name of SCBT until summer of 2014 (after the filing of this report). The name of the bank will be changed to South State Bank, not First Financial Holdings. However, SCBT common stock listed on line 8 is now First Financial Holdings common stock, shown as a merger with line 9.

Note 2, Line 17, Part VII. Mandatory IRA withdrawal. IRA value and underlying holdings listed in Part VII, lines 12 & 13.

Note 3, Line 18, Part VII. Mandatory IRA withdrawal. IRA value and underlying holdings listed in Part VII, lines 15 & 16.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **George R. Anderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544